IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MOCIVEA, INC.,

Plaintiff,

v.

MUNICIPALITY OF ARECIBO, et al.,

Defendants.

CIVIL NO. 25-1294 (CVR)

**JUDGMENT**

Pursuant to this Court's Opinion and Order of this same day (Docket No. 58), all claims filed by Plaintiff MOCIVEA, Inc. against Defendants Municipalities of Arecibo, Hatillo, Quebradillas and Landfill Technologies of Arecibo, LLC are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 8th day of May 2026.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE