**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**
**Docket Number 25-1294 (CVR)**

| | |
|---|---|
| **MOCIVEA, Inc.**<br><br>Plaintiff<br><br>v.<br><br>**MUNICIPALITY OF ARECIBO, MUNICIPALITY OF HATILLO, MUNICIPALITY OF QUEBRADILLAS**<br><br>Defendants | Notice of Appeal |

## NOTICE OF APPEAL

MOCIVEA, Inc. appeals to the United States Court of Appeals for the First Circuit from the Opinion and Order and final judgment entered on May 8th 2026.

**RESPECTFULLY SUBMITTED**.
In Quebradillas, Puerto Rico, on the 5th day of June 2026.

I hereby certify that on this date, I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all parties in the case.

(s) Miguel Sarriera-Román
Miguel Sarriera-Román, Esq.

USDC-PR 207714
Attorney for Appellant
Miguel Sarriera Román Law Office
1104 Calle San Miguel
Quebradillas, PR. 00678-2803
Phone: (787) 630-8319
miguelsarriera@yahoo.com